UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIREZA HEIDARIABHARI, A 45-647-975 | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 05-10693-REK |
| ALBERTO GONZALES, U.S. Attorney General; MICHAEL CHERTOFF, Secretary of the Dept. of Homeland Security; EDUARDO AGUIRRE, JR., Director of U.S. Citizenship and Immigration Services; DENNIS RIORDAN, District Director of the U.S. Citizenship and Immigration Services in Boston, Massachusetts; U.S. DEPT. OF HOMELAND SECURITY; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**ASSENTED TO MOTION FOR EXTENSION OF TIME
TO ANSWER AND/OR OTHERWISE RESPOND**

The defendants respectfully requests an extension of time up to, and including, July 13, 2005, to answer or otherwise respond to the plaintiff's Complaint. Counsel for the United States conferred with counsel for the plaintiff on June 15, 2005. Counsel for the plaintiff assents to the extension of time.

Plaintiff is an individual seeking adjustment of their immigration status with the Bureau of Citizenship and Immigration Services (BCIS). Plaintiff brings this declaratory judgment action to compel BCIS, through a writ of mandamus, to adjudicate their applications for adjustment of status. The parties have agreed to the extension of time for the defendants to

respond in hopes of resolving the dispute without further litigation.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                                  /s/ Jeffrey M. Cohen
By:    Jeffrey M. Cohen
        Assistant U.S. Attorney
        John Joseph Moakley Federal Courthouse
        One Courthouse Way, Suite 9200
        Boston, MA   02210
        (617) 748-3100

Dated: June 15, 2005

## CERTIFICATION UNDER L.R. 7.1

    I, Jeffrey M. Cohen, Assistant United States Attorney, do hereby state that on June 15, 2005, I spoke with Attorney Shiva Karimi and he assented to this Motion for Extension of Time.

                                  /s/ Jeffrey M. Cohen
                                  Jeffrey M. Cohen
                                  Assistant U.S. Attorney