UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALIREZA HEIDARIABHARI, A 45-647-975 )<br>)<br>Plaintiff,                                                          )<br>)<br>v.                                                                            )<br>) CIVIL ACTION FILE NO.<br>ALBERTO GONZALES, as Attorney General of the ) 05 CV 10693 REK<br>United States; MICHAEL CHERTOFF as the      )<br>Secretary of the Department of Homeland Security; )<br>EDUARDO AGUIRRE, JR. as Director of United  )<br>States Citizenship and Immigration Services;  )<br>DENNIS RIORDAN as District Director of the   )<br>United States Citizenship and Immigration Services )<br>in Boston, Massachusetts; UNITED STATES      )<br>DEPARTMENT OF HOMELAND SECURITY;             )<br>and UNITED STATES CITIZENSHIP AND            )<br>IMMIGRATION SERVICES,                        )<br>)<br>Defendants.                                                    )<br>_____) | |

### AFFIDAVIT OF SHIVA KARIMI, ESQ.

I, Shiva Karimi, Esq., on oath depose and state as follows:

1. I am the attorney for the Plaintiff in the above-captioned matter.

2. I am duly licensed to practice law in the Commonwealth of Massachusetts.

3. This affidavit is being submitted in accordance with Fed. R. Civ. P 4(i).

4. In accordance with Fed. R. Civ. P. 4(i), I served Defendant ALBERTO GONZALES, as Attorney General of the United States by sending a copy of the Complaint along with a Summons on April 11, 2005 via Certified Mail, Return Receipt Requested. The corresponding Return Receipt was received by the Defendant on April 19, 2005 and

    signed for. (See original Certified Mail Receipt and Return Receipt attached hereto as Exhibit "A".)

5. In accordance with Fed. R. Civ. P. 4 (i), I served Defendant MICHAEL CHERTOFF as the Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, JR. as Director of United States Citizenship and Immigration Services by sending a copy of the Complaint along with a Summons on April 11, 2005 via Certified Mail, Return Receipt Requested. The corresponding Return Receipt was received by the Defendant on April 16, 2005 (See printout from USPS website confirming receipt, as original was never returned, attached hereto as Exhibit "B".)

6. In accordance with Fed. R. Civ. P. 4 (i), I served Defendant DENNIS RIORDAN as District Director of the United States Citizenship and Immigration Services in Boston, Massachusetts by sending a copy of the Complaint along with a Summons on April 11, 2005 via Certified Mail, Return Receipt Requested. The corresponding Return Receipt was received by the Defendant on April 13, 2005. (See original Certified Mail Receipt and Return Receipt attached hereto as Exhibit "C".)

7. In accordance with Fed. R. Civ. P. 4 (i), I served Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES by sending a copy of the Complaint along with a Summons on April 11, 2005 via Certified Mail, Return Receipt Requested. The corresponding Return Receipt was received by the Defendant on April 12, 2005. (See original Certified Mail Receipt and Return Receipt attached hereto as Exhibit "D".)

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

_____       6/17/05
Shiva Karimi, Esq.       Date
**KARIMI & HOMSY, P.C.**
268 Summer Street
Boston, Massachusetts 02210-1108
617) 292-3636
Mass BBO No. 642332