## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALIREZA HEIDARIABHARI, A 45-647-975 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION FILE NO. |
| ALBERTO GONZALES, as Attorney General of the ) | 05 CV 10693 REK |
| United States; MICHAEL CHERTOFF as the ) | |
| Secretary of the Department of Homeland Security; ) | |
| EDUARDO AGUIRRE, JR. as Director of United ) | |
| States Citizenship and Immigration Services; ) | |
| DENNIS RIORDAN as District Director of the ) | |
| United States Citizenship and Immigration Services ) | |
| in Boston, Massachusetts; UNITED STATES ) | |
| DEPARTMENT OF HOMELAND SECURITY; ) | |
| and UNITED STATES CITIZENSHIP AND ) | |
| IMMIGRATION SERVICES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated: July 13, 2005

1

Plaintiff,
**ALIREZA HEIDARIABHARI**,
By his attorney,

Shiva Karimi, Esq.
**KARIMI & HOMSY, P.C.**
268 Summer Street
Boston, Massachusetts 02210-1108
617) 292-3636
BBO No. 642332

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following individuals in the foregoing

matter with one copy of the foregoing Plaintiff's NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO RULE 41(a) by First Class Mail, postage prepaid, as follows:


United States Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

U.S. Attorney General
Department of Homeland Security
950 Pennsylvania Avenue, N.W., Room 4545
Washington, DC 20530-0001

Office of District Counsel
Department of Homeland Security
JFK Federal Building, Room 425
15 New Sudbury Street
Boston, MA 02203


This 14th day of June, 2005.


Shiva Karimi, Esq.
**KARIMI & HOMSY, P.C.**
268 Summer Street
Boston, Massachusetts 02210-1108
617) 292-3636
Mass BBO No. 642332